01-15-102-CR
01-15-103-CR
01-15-104-CR

12410

CAUSE NOS. 74207, 74208 & 74209
APPELLATE CAUSE NOS. 01-15-00102-CR

FILED
at _____ o'clock _____ M.
MAY 27 2015
Clerk of District Court Brazoria Co., Texas
BY _____ DEPUTY

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| | * | |
| VS. | * | BRAZORIA COUNTY, TEXAS |
| | * | |
| | * | |
| BRODERICK MICHAEL JAMES | * | 149TH JUDICIAL DISTRICT |

## ORDER – ORIGINAL EXHIBITS

The Rules of Appellate Procedure indicate that "[i]f the trial court determines that original exhibits should be inspected by the appellate court or sent to that court in lieu of copies, the trial court must make an order for the safekeeping, transportation and return of those exhibits." *See* TEX.R.APP.P.34.6(g)(2).

The Court has reviewed the affidavit filed by the court reporter in these causes and has determined that the Official Court Reporter of the 149th District Court does not have the technical resources or expertise to convert a portion of the audio or audio-video recordings into an accepted format by the Court of Appeals for inclusion in appellate records as exhibits.

To ensure the integrity of the appellate record and the preservation of the original audio or audio-video exhibits in the trial court's record, the Court **ORDERS** the Official Court Reporter, to the extent practicable, "arrange all the exhibits in their listed order and bind them firmly together." *See* TEX.R.APP.P.34.6(g)(2).

The Court **ORDERS** the Brazoria County District Clerk to transport the following exhibits to the Court of Appeals, First District of Texas, for their inspection and safekeeping in the above case:

Exhibit No. Brief Description

1) _____ 1 _____ Recorded Phone Calls _____

2) _____ 9 _____ Recorded Phone Calls _____

Once the Appellate Clerk issues mandate in this matter, the Court would ask the Appellate Clerk contact the Brazoria County District Clerk to effectuate the safe return of the above listed original exhibits listed above.

_____5-27-15_____
Date signed

_____T. Holder_____
Terri Holder
Judge, 149th District Court

111 E. Locust, Ste. 500
Angleton, TX 77515

www.brazoria-county.com



979-864-1316
979-388-1316
281-756-1316



# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

May 28, 2015

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas  77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 1 2015

CHRISTOPHER A. PRINE
CLERK _____

RE:   Cause No.: 74207/74208/74209 in the 149th District Court
      Styled:  The State of Texas vs. BRODRICK MICHAEL JAMES

Dear Mr. Prine:

Per the Order of Judge Terri Holder of May 27, 2015 enclosed you will find the following original exhibits concerning the above mentioned cause(s):

1.   State's Exhibit 1
2.   State's Exhibit 9

If there should be any questions feel free to contact me.

Sincerely,
**RHONDA BARCHAK, District Clerk**

By _____ Deputy
Kathleen McDougald

Enclosure